Case 1:21-cv-00344-KPF   Document 31   Filed 11/18/21   Page 1 of 2



**1271 Avenue of the Americas | New York, NY 10020**

Direct Dial: (212) 885-5152
Facsimile: (917) 332-3858
Email: William.Bennett@blankrome.com

November 17, 2021

VIA EMAIL & ECF
Failla_NYSDChambers@nysd.uscourts.gov

Hon. Katherine Polk Failla
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 618
New York, NY 10007



Re:   **Dana Tasy v. HMS Ferries, Inc.**
      1:21-cv-00344-KPF

Dear Judge Failla,

We represent the defendant HMS Ferries, Inc., and, referring to your Honor's October 15, 2021 Minute Entry, submit this joint letter on behalf of the parties to advise that expert discovery was concluded on November 9, 2021.

As previously discussed during the October 15th court conference with Your Honor, the parties are interested in attending a settlement conference before a Magistrate Judge. The parties have conferred and are available December 20th or 21st.

Lastly, pursuant to the Civil Case Management Plan (Dkt. 12) and Your Honors' Individual Rules dispositive motions, motions *in limne* and a proposed Joint Pre-Trial Order are to be submitted on or before December 9, 2021. The parties respectfully request an adjournment of the deadlines to submit those post-discovery submissions until 30-days after the settlement conference, if unsuccessful.

Respectfully,

William R. Bennett III

686545.00619/127521994v.1

Application GRANTED.  In light of the parties' request for a settlement conference, the Court hereby adjourns *sine die* all further deadlines contained in the case management plan.  (Dkt. # 12).

The Court will issue a referral order to Magistrate Judge Aaron, who has been designated to this case, under separate cover.

The Clerk of Court is directed to close the pending motion at docket entry 29.

Date:    November 18, 2021                SO ORDERED.
         New York, New York

                                          *Katherine Polk Failla*

                                          HON. KATHERINE POLK FAILLA
                                          UNITED STATES DISTRICT JUDGE